RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Larry Glover

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY GLOVER,<br><br>　　　　　Defendant. | Case Nos. 2:21-cr-00206-JAD-VCF<br>　　　　　　2:21-cr-00242-GMN-VCF<br><br>**Order Granting Joint Motion to Consolidate Cases** |

　　　　The United States, by Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, and Assistant Federal Public Defender, Margaret W. Lambrose, counsel for Larry Glover, jointly move the district court to consolidate the above-captioned cases under a single case number for the following reasons:

　　　　1.　　On July 29, 2021, Mr. Glover made his initial appearance on a one-count indictment charging him with felon in possession of a firearm in case number

2:21-cr-00206-JAD-VCF.[1] Then, on September 9, 2021, Mr. Glover made his initial appearance on another one-count indictment also charging him with felon in possession of a firearm in case number 2:21-cr-00242-GMN-VCF.[2] These cases involve possession of two different firearms on separate dates.

2. The parties have reached a "global resolution" where Mr. Glover will plead guilty to the charges in both cases by way of a single plea agreement. Thus, it would be in the interest of judicial economy to consolidate these cases before one district court judge for change of plea, sentencing, and for purposes of overseeing supervised release.

3. As such, the parties respectfully request that the district court enter an order consolidating these cases under either 2:21-cr-00242-GMN-VCF or 2:21-cr-00206-JAD-VCF.

DATED this 15th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

---

[1] ECF No. 8.
[2] ECF No. 4.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY GLOVER,<br><br>　　　　　Defendant. | Case Nos. 2:21-cr-00206-JAD-VCF<br>　　　　　　2:21-cr-00242-GMN-VCF<br><br>**ORDER** |

**IT IS THEREFORE ORDERED** that the Joint Motion to Consolidate Cases is granted and that the two cases shall be consolidated under 2:21-cr-00206-JAD-VCF before the Honorable District Court Judge Jennifer A. Dorsey.

DATED May 2, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT


_____
Jennifer A. Dorsey, District Judge
UNITED STATES DISTRICT COURT