UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LARRY GLOVER,<br><br>        Defendant. | Case No. 2:21-cr-00242-JAD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Tuesday, May 28, 2024 at 11:00 a.m., be vacated and continued to June 5, 2024 at 3:00 pm in LV Courtroom 3C.

DATED this 24 day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE