UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY GLOVER,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00206-JAD-VCF<br>　　　　　2:21-cr-00242-JAD-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 12, 2024 at 1:30 p.m., be vacated and continued to July 9, 2024 at the hour of 11:00 a.m.

　　　DATED this 7th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　United States District Judge

3